AARON D. FORD
  Attorney General
NATHAN M. CLAUS (Bar No. 15889)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-7629 (phone)
(702) 486-3773 (fax)
Email: nclaus@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD IDEN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RVANDEN BUSH, et al.<br><br>　　　　　Defendants. | Case No. 2:23-cv-01733-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WIITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED by and between Richard Iden, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Nathan M. Claus, Deputy Attorney General, based upon the Settlement Agreement between the parties, that the above-captioned actions should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

///
///
///
///
///
///
///
///

1

* * *

DATED this 8th day of May, 2024.          DATED this 8th day of May, 2024

/s/ Richard Iden
RICHARD IDEN
Plaintiff, *Pro Se*

AARON D. FORD
Attorney General

By: ___(s) *Nathan M. Claus*___
    NATHAN M. CLAUS, Bar No. 15889
    Deputy Attorney General
    *Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: June 10, 2024